UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEABROOK HOUSE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ELEMENTS BEHAVIORAL HEALTH, INC.; and RECOVERY BRANDS, LLC, d/b/a Rehabs.com, d/b/a Drugabuse.com, and d/b/a 4rehabs.com, <br><br> Defendants. | No. 14-cv-05365-NLH-JS <br><br> **STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff Seabrook House, Inc. ("Plaintiff") and the attorneys for Defendants Elements Behavioral Health, Inc. and Recovery Brands, LLC (collectively, "Defendants"), that Defendants shall have until and including February 5, 2014, to answer, move, or otherwise plead with respect to Plaintiff's Complaint in the above-captioned matter dated August 26, 2014.

Both Defendants were served with the Complaint on December 15, 2014. The original deadline for Defendants to answer or otherwise respond to the Complaint is January 5, 2014. All parties consent to the extension. This is the first request for an extension to answer, move, or otherwise plead with respect to the Complaint. No other deadlines in the above-captioned matter are affected.

This Stipulation may be executed in counterparts and by e-mail or facsimile transmission, each of which shall be deemed an original for purposes of this Stipulation.

[remainder of the page intentionally left blank]

Dated: New York, New York
December 22, 2014

| FOX ROTHSCHILD LLP | VENABLE LLP |
|---|---|
| By: /s/ Michael J. Leonard | By: /s/ Patrick J. Boyle |
| Gerard Norton | Patrick J. Boyle |
| Michael J. Leonard* | Jessie F. Beeber* |
| Princeton Pike Corporate Center | Sarah S. Park* |
| 997 Lenox Drive, Building 3 | Venable LLP |
| Lawrenceville, NJ 08648 | 1270 Avenue of the Americas, 25th Floor |
| (609) 896-3600 | New York, New York 10020 |
| Fax: (609) 896-1469 | (212) 307-5500 |
| gnorton@foxrothschild.com | Fax: (212) 307-5598 |
| mleonard@foxrothschild.com | pboyle@venable.com |
| | jbeeber@venable.com |
| *Attorneys for Plaintiff Seabrook House, Inc.* | spark@venable.com |
| | *Attorneys for Defendant Recovery Brands, LLC* |

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Carrie A. Ross
Scott R. Miller*
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
(213) 617-4177
Fax: (213) 443-2817
smiller@sheppardmullin.com

Carrie A. Ross
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
(202) 747-1900
Fax:(202) 747-3859
*Attorneys for Defendant Elements Behavioral Health, Inc.*

*to be admitted *pro hac vice*


**SO ORDERED:**

_____
**Judge Noel L. Hillman**