IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SEABROOK HOUSE, INC.,

        Plaintiff,

-against-

ELEMENTS BEHAVIORAL HEALTH, INC.; and
RECOVERY BRANDS, LLC, d/b/a Rehabs.com,
d/b/a Drugabuse.com, and d/b/a 4rehabs.com,

        Defendants.

No. 14-cv-05365-NLH-JS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Seabrook House, Inc., by and through undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed with prejudice against Defendant Recovery Brands, LLC.

Dated: February 27, 2015

FOX ROTHSCHILD LLP

By: _____
Christopher D. Olszyk, Jr.
Michael J. Leonard*
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
Tel: (609) 896-3600
Fax: (609) 896-1469
colszyk@foxrothschild.com
mleonard@foxrothschild.com

*Attorneys for Plaintiff Seabrook House, Inc.*

* to be admitted *pro hac vice*